Perrie M. Weiner (Bar No. 134146)
perrie.weiner@dlapiper.com
Robert D. Weber (Bar No. 165992)
robert.weber@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, 4th Floor North Tower
Los Angeles, CA 90067
Tel: 310.595.3000 / Fax: 310.595.3300

John P. Coffey (*Pro Hac Vice* Pending)
SCoffey@kramerlevin.com
Jonathan M. Wagner (*Pro Hac Vice* Pending)
JWagner@kramerlevin.com
Samantha V. Ettari (*Pro Hac Vice* Pending)
SEttari@kramerlevin.com
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: 212.715.9100

*Attorneys for Defendants Third Avenue Management LLC, Third Avenue Trust, M.J. Whitman LLC, Vincent J. Dugan, W. James Hall III, and Michael Buono*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOI TRAN,<br><br>Plaintiff,<br><br>v.<br><br>THIRD AVENUE MANAGEMENT LLC; *et al.*<br><br>Defendants. | Case No. 2:16-cv-00602<br><br>**DEFENDANT THIRD AVENUE MANAGEMENT LLC'S NOTICE OF INTERESTED PARTIES**<br><br>Fed. R. Civ. Proc. 7.1; Local Rule 7.1-1 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Third Avenue Management LLC ("TAM") states that it is a non-governmental corporate party and its parent company is Third Avenue Holdings Delaware LLC, which is majority owned by Affiliated Managers Group, Inc. ("AMG"). Continental Casualty Company ("CNA") is the primary insurance carrier. Excess insurance coverage is provided by U.S. Specialty Insurance Company ("HCC"), Arch Insurance Company ("Arch"), and Federal Insurance Company ("Chubb"). Marsh & McLennan Agency ("Marsh") and Arc Excess & Surplus, Inc. ("Arc") are the insurance brokers.

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for TAM certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal: Plaintiff Loi Tran; all named defendants; AMG; CNA; HCC; Arch; Chubb; Marsh; and Arc.

DATED: March 9, 2016

*Respectfully submitted,*

By: /s/ Robert D. Weber

Robert D. Weber
Perrie M. Weiner
DLA Piper LLP (US)

John P. Coffey (*Pro Hac Vice* Pending)
Jonathan M. Wagner (*Pro Hac Vice* Pending)
Samantha V. Ettari (*Pro Hac Vice* Pending)
Kramer Levin Naftalis & Frankel LLP

*Attorneys for Defendants Third Avenue Management LLC, Third Avenue Trust, M.J. Whitman LLC, Vincent J. Dugan, W. James Hall III, and Michael Buono*