UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THIRD AVENUE MANAGEMENT LLC SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil Action No. 1:16-cv-02758-PKC<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Amy D. Roy, dated September 30, 2016, and the exhibits thereto, and the accompanying memorandum of law, dated September 30, 2016, the Defendants will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on such date and time as the Court determines, for an order dismissing the Consolidated Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the scheduling order dated September 9, 2016, answering papers shall be served on the undersigned on or before December 2, 2016.

Dated: September 30, 2016

/s/ Robert A. Skinner

Robert A. Skinner
Amy D. Roy
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7560

Lee S. Gayer
1211 Avenue of the Americas
New York, NY 10036

(212) 841-0626

*Attorneys for Defendants Third Avenue Trust, William E. Chapman, II, Lucinda Franks, Edward J. Kaier, Eric P. Rakowski, Martin Shubik, Charles C. Walden, and Patrick Reinkemeyer*

/s/ John P. Coffey

John P. Coffey
Jonathan M. Wagner
Samantha V. Ettari
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas,
New York, NY 10036
(212) 715-9393

*Attorneys for Defendants M.J. Whitman LLC, Third Avenue Management, Inc., Vincent A. Dugan, and Affiliated Managers Group, Inc.*

/s/ Arnold S. Jacobs

Arnold S. Jacobs
Sigal P. Mandelker
Alexandra K. Skellet
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
(212) 969-3000

Michael Allen Firestein
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
(310) 557-2900

*Attorneys for Defendant Martin J. Whitman*

/s/ Scott A. Edelman
Scott A. Edelman
Robert C. Hora
Rachel P. Fissell
MILBANK, TWEED, HADLEY & MCCOY LLP
28 Liberty Street
New York, NY 10005-1413

(212) 530-5000

*Attorneys for Defendant David M. Barse*