UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WILLIAM ENGEL,

                Plaintiff,                16-cv-1118 (PKC)

     -against-                           ORDER

THIRD AVENUE MANAGEMENT LLC, et al.,

                Defendants.
-----------------------------------------------------------x
IN RE THIRD AVENUE MANAGEMENT
LLC SECURITIES LITIGATION                16-cv-2758 (PKC)

-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The above captioned cases are stayed. The pending motions in Case No. 16-cv-1118 (Dkt. Nos. 69, 73, 76, 79) are deemed withdrawn without prejudice to refiling within 60 days. The pending motion in Case No. 16-cv-2758 (Dkt. No. 109) is deemed withdrawn without prejudice to refiling within 60 days.

        SO ORDERED.

                                                    P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       February 28, 2017

*USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 2/28/17*