UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re THIRD AVENUE MANAGEMENT LLC SECURITIES LITIGATION | : : : : : : : : : : | Civil Action No. 1:16-cv-02758-PKC <br><br> <u>CLASS ACTION</u> <br><br> PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

     PLEASE TAKE NOTICE that Lead Plaintiff IBEW Local No. 58 Sound & Communication Division Retirement Plan and plaintiff Anthony Dallacasa (together, "Plaintiffs"), on behalf of the Class, through counsel, will move this Court on June 23, 2017, at 2:15 p.m., before the Honorable P. Kevin Castel, for entry of orders and judgments, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) granting final approval of the settlement; and (2) approving the proposed Plan of Allocation.  This motion is based on: (i) the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Settlement and Approval of Plan of Allocation; (ii) the Declaration of Evan J. Kaufman in Support of Plaintiffs' Motion for Final Approval of Settlement and Approval of Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; (iii) the Declaration of Carole K. Sylvester; (iv) the Stipulation of Settlement; and (v) all other proceedings herein.

     Proposed orders will be submitted with Plaintiffs' reply submission on or before June 16, 2017.

1267324_1

| | |
|---|---|
| DATED:  May 19, 2017 | Respectfully submitted,<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>EVAN J. KAUFMAN<br>ANDREW L. SCHWARTZ<br><br>               s/ Evan J. Kaufman<br>              EVAN J. KAUFMAN<br><br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>ekaufman@rgrdlaw.com<br>aschwartz@rgrdlaw.com<br><br>Lead Counsel for Lead Plaintiff<br><br>SACHS WALDMAN, P.C.<br>JOSEPH PAWLICK<br>1423 East Twelve Mile Road<br>Madison Heights, MI  48071<br>Telephone:  248/658-0800<br>248/658-0801 (fax)<br><br>Additional Counsel for Plaintiff |

CERTIFICATE OF SERVICE

I, Evan J. Kaufman, hereby certify that on May 19, 2017, I caused a true and correct copy of the attached:

> Plaintiffs' Notice of Motion and Motion for Final Approval of Settlement and Approval of Plan of Allocation

to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filings to all counsel registered to receive such notice.



*s/ Evan J. Kaufman*
EVAN J. KAUFMAN