UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THIRD AVENUE MANAGEMENT LLC SECURITIES LITIGATION | Civil Action No. 1:16-cv-02758-PKC |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Robbins Geller Rudman & Dowd LLP, Court-appointed Lead Counsel and counsel for Lead Plaintiff IBEW Local No. 58 Sound & Communication Division Retirement Plan and plaintiff Anthony Dallacasa (together, "Plaintiffs"), will move this Court on June 23, 2017, at 2:15 p.m., before the Honorable P. Kevin Castel, for entry of an order, pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure: (1) awarding attorneys' fees; and (2) paying litigation expenses incurred in prosecuting the Action.  This motion is based on: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; (ii) the Declaration of Evan J. Kaufman in Support of Plaintiffs' Motion for Final Approval of Settlement and Approval of Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; (iii) the Declaration of Carole K. Sylvester; (iv) the Declaration of Lead Counsel; (v) the Stipulation of Settlement; and (vi) all other proceedings herein.

A proposed order will be submitted with Lead Counsel's reply submission on or before June 16, 2017.

1267321_1

| | |
|---|---|
| DATED:  May 19, 2017 | Respectfully submitted,<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>EVAN J. KAUFMAN<br>ANDREW L. SCHWARTZ<br><br>           s/ Evan J. Kaufman           <br>EVAN J. KAUFMAN<br><br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>ekaufman@rgrdlaw.com<br>aschwartz@rgrdlaw.com<br><br>Lead Counsel for Lead Plaintiff<br><br>SACHS WALDMAN, P.C.<br>JOSEPH PAWLICK<br>1423 East Twelve Mile Road<br>Madison Heights, MI  48071<br>Telephone:  248/658-0800<br>248/658-0801 (fax)<br><br>Additional Counsel for Plaintiff |

CERTIFICATE OF SERVICE

I, Evan J. Kaufman, hereby certify that on May 19, 2017, I caused a true and correct copy of the attached:

> Lead Counsel's Notice of Motion and Motion for an Award of Attorneys' Fees and Expenses

to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filings to all counsel registered to receive such notice.



*s/ Evan J. Kaufman*
EVAN J. KAUFMAN