UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re THIRD AVENUE MANAGEMENT : Civil Action No. 1:16-cv-02758-PKC
LLC SECURITIES LITIGATION :
: CLASS ACTION
---------------------------------------------------------- :
:
This Document Relates To: : ORDER AWARDING ATTORNEYS' FEES
: AND EXPENSES
ALL ACTIONS. :
:
---------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/17

This matter having come before the Court on June 23, 2017, on the motion of Lead Counsel for an award of attorneys' fees and expenses, the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement dated March 31, 2017 (the "Stipulation") and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 10% of the Settlement Fund (or $1,425,000), plus expenses in the amount of $267,350.71, together with the interest earned on both amounts for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The fees and expenses shall be allocated amongst other Plaintiffs' Counsel in a manner that Lead Counsel in good faith believes reflects the contributions of such counsel to the prosecution and settlement of the Action.

5. The awarded attorneys' fees and expenses and interest earned thereon, shall be paid to Lead Counsel subject to the terms, conditions, and obligations of the Stipulation, and in particular, ¶6.1 thereof, which terms, conditions, and obligations are incorporated herein.

6. The Court has considered the objection to the fee and expense award filed by Class Member Jeffrey Harris, and finds it to be without merit. The objection is overruled.

DATED: 7-12-17

THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

- 2 -