UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re: THIRD AVENUE MANAGEMENT LLC
SECURITIES LITIGATION,

16 **CIVIL** 2758 (PKC)

This Document Relates To:
    ALL ACTIONS.

**JUDGMENT**

-----------------------------------------------------------X

    Whereas this Court having entered an Order Preliminarily Approving Settlement and Providing for Notice dated April 5, 2017; the Court having considered all papers filed and proceedings had herein, and the matter having come before the Honorable P. Kevin Castel, United States District Judge, and the Court, on July 12, 2017, having issued its Order Approving Class Action Settlement, that there is no just reason for delay in the entry of the judgment and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Fed. R. Civ. P., it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 12, 2017, the Class Action Settlement is approved; accordingly, the case is closed.

**Dated:** New York, New York
       July 14, 2017

                                                **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                         **BY:**
                                                     **Deputy Clerk**

                                                     **THIS DOCUMENT WAS ENTERED**
                                                     **ON THE DOCKET ON** 7/14/2017