August 6, 2017

RECEIVED
SDNY DOCKET UNIT
2017 AUG 11 PM 3:47

Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

RE: Third Avenue Management LLC Securities Litigation
Civil Action No. 1:16-cv-02758-PKC

This is to advise the court that Gilardi & Co. LLC appears to have not mailed settlement documents in a timely manner to us. We received the proposed settlement documents after the due date of 7/19/17. Have requested additional time to file; but have not heard from Gilardi & Co. LLC to date.

The rush to settle and not mail documents in a timely manner is concerning and we request additional time be made to file settlement documents. Not sure if we are the only ones receiving documents late; but if it happens to one it may well have happened to others.

Thank you for the consideration.

Ernest White
11602 Birch Knoll Loop
Anchorage, AK  99515
907.723.7096

